UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

STURM RUGER 9MM PISTOL,
MODEL P-89 S/N: 315-92499;
MAGAZINE FROM STURM RUGER
P-89; AND AMMUNITION ROUNDS,

          Defendants *in rem.*
_____/

Civil Case No: 17-cv-13038

Honorable Victoria A. Roberts

## DEFAULT JUDGMENT IN FAVOR OF PLAINTIFF AND FINAL ORDER OF FORFEITURE AS TO THE DEFENDANTS IN REM

This matter is before the Court on Plaintiff's Motion for Entry of Default Judgment in Favor of Plaintiff and Final Order of Forfeiture as to the Defendant *in Rem*. The Court has reviewed Plaintiff's Motion and is aware of the facts and circumstances of this action. Based on the foregoing and pursuant to Rule 55(b) of the Federal Rules of Civil Procedure and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions:

Plaintiff's Motion is **GRANTED** and Default Judgment is entered in favor of the United States of America, against Darius Kiare Clark, Joe Keene III

(deceased), and all other interested parties as to the Defendants *in Rem*. They are described as the "Defendant Property:

a. Sturm Ruger 9mm Pistol, Model P-89, Serial No: 315-92499;

b. Magazine from Sturm Ruger P-89; and

c. Ammunition rounds.

**IT IS ORDERED** any right, title, or ownership interest of Darius Kiare Clark, Joe Keene III (deceased) and all other interested parties, their successors and assigns, in the Defendant Property, is forever **EXTINGUISHED.**

The and the Defendant Property is **FORFEITED** to the United States of America pursuant to 18 U.S.C. § 924(d)(1).

A Final Order of Forfeiture as to the Defendant Property is **GRANTED** and **ENTERED**.

S/Victoria A. Roberts  
HONORABLE VICTORIA A. ROBERTS  
United States District Judge

Dated: April 26, 2018